# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Serena Gateb,

    Plaintiff

    v.

United States,

    Defendant

Case No.: 2:14-cv-00171-JAD-VCF

**Order Adopting Report and Recommendation [Doc. 3]**

Before the Court is Magistrate Judge Ferenbach's Report and Recommendation recommending that Plaintiff Serena Gateb's action be dismissed without prejudice for failure to comply with Rule 3 of the Federal Rules of Civil Procedure by filing a complaint.[1] The Report was entered February 25, 2014. CM/ECF states that objections were due March 14, 2014.[2] Plaintiff filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

. . .

. . .

. . .

---

[1] Doc. 3.

[2] *See* Doc. 3.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Hoffman's Report and Recommendation **[Doc. 3] is ADOPTED**.

It is further ORDERED that Plaintiff Serena Gateb's action is **DISMISSED** without prejudice so that Plaintiff may seek leave to file a proper complaint.

DATED May 13, 2014.

_____
Jennifer A. Dorsey
United States District Judge

2